# Exhibit E

## Patrick Nushardt

**From:** SafetyED.org [service@safetyed.org]
**Sent:** Monday, December 20, 2010 9:48 AM
**To:** Patrick Nushardt
**Subject:** Order Confirmation (#3537)

# Order Confirmation

Thank you for your order, Richard Simmons.
Your order number is: 3537
Date of order: 11/19/2010 3:37 PM

Shipping Method: Flat Rate Shipping (UPS, FedEX, USPS Priority Mail) - $9.95
Payment Method: Credit card payment

NOTE: Your credit card has not yet been charged and will not be charged until the order status changes to "Ships in 1-2 Business Days" or for special order items to "Payment Received - In Progress". At that time your credit card statement will read SafetyEd.org.

### Ship To

Richard Simmons
Indianapolis Housing Agency
1919 North Meridian St
Indianapolis, IN 46202
United States
Phone: 3172617378

### Bill To

Richard Simmons
Indianapolis Housing Agency
1919 North Meridian St
Indianapolis, IN 46202
United States
Phone: 3172617378

## Additional Information

I have read and agree to the Shipping and Return policies.: Yes

## Product Information

| Product Name | Part No. | Quantity | Item Price | Total Price |
|---|---|---|---|---|
| Hip Chair Deluxe | 11601 | 1 | $241.99 | $241.99 |

Subtotal: $241.99
Shipping & Handling: $9.95
Tax: $17.64

Order Total: $269.58