# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JABARI TRUITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:11-cv-1227-JMS-MJD |
| ) | |
| INDIANAPOLIS HOUSING ) | |
| AGENCY, ) | |
| ) | |
| Defendant. ) | |

# J U D G M E N T

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendant's motion for summary judgment is **GRANTED** and that judgment is entered for the defendant and against the plaintiff on his complaint.

Date: 12/19/2012

**Laura Briggs, Clerk**
**United States District Court**

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

By:  Deputy Clerk

Distribution:

All Electronically Registered Counsel

JABARI TRUITT
5441 Kelvington Lane
Indianapolis, IN 46254